# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PETER RYCKMAN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>RYSTAD ENERGY, INC., a Texas corporation,<br><br>        Defendant. | Case No. 2:24-cv-01134-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Peter Ryckman ("Plaintiff"), by and through his attorneys, MBE LAW GROUP PLLC, and Defendant Rystad Energy, Inc. ("Defendant"), by and through its attorneys, LITTLER MENDELSON, P.C., hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action against Defendant in the above-captioned case with prejudice and without costs or attorneys' fees to either party.

//
//
//
//
//

IT IS SO STIPULATED this 27th day of August, 2024.

| | |
|---|---|
| /s/ David C. Martin | /s/ Anne E. Reuben |
| *(via email authorization)* <br> David C. Martin, WSBA #38325 <br> dmartin@mbelg.com <br> MBE LAW GROUP PLLC <br> 1700 Seventh Avenue, Suite 2100 <br> Seattle, WA 98101 <br> Phone: (206) 400-7722 <br> Fax: (206) 400-7742 <br><br> *Attorney for Plaintiff* <br> PETER RYCKMAN | Anne E. Reuben, WSBA #53299 <br> areuben@littler.com <br> J.P. Dowdle, WSBA #55672 <br> jdowdle@littler.com <br> LITTLER MENDELSON, P.C. <br> One Union Square <br> 600 University Street, Suite 3200 <br> Seattle, WA 98101.3122 <br> Phone: 206.623.3300 <br> Fax:   206.447.6965 <br><br> *Attorneys for Defendant* <br> RYSTAD ENERGY, INC. |

## ORDER

In accordance with the Stipulation file by the parties, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action asserted in the above-captioned case against Defendant are dismissed with prejudice, and without costs or attorneys' fees to either party.

DATED this 28th day of August, 2024.

*[signature]*
John H. Chun
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:24-CV-01134-JHC                                   2